# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| ELINOR OTTO, on behalf of herself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>EMPLOYEE RETIREMENT INCOME PLAN – HOURLY WEST, fka EMPLOYEE RETIREMENT INCOME PLAN OF McDONNELL DOUGLAS CORPORATION – HOURLY WEST PLAN, an ERISA pension plan. and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. 2:14CV5426–JAK–PLAx<br><br>**JUDGMENT**<br><br>**JS-6** |

The Court, having received and reviewed the cross-motions for summary judgment by Plaintiff ELINOR OTTO and Defendant EMPLOYEE RETIREMENT INCOME PLAN – HOURLY WEST, as well as the entire record before the Court, including the Administrative Record, Declarations and Exhibits, and the parties having appeared before the Court on February 23, 2015, and a decision having been duly rendered,

PAYNE & FEARS LLP
ATTORNEYS AT LAW
ONE EMBARCADERO CENTER, SUITE 2300
SAN FRANCISCO, CA 94111
(415) 398-7860

1    IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Judgment is
2 entered in favor of Defendant on Plaintiff's only claim for relief in her Complaint
3 under 29 U.S.C. § 1132(a)(1)(B), that Plaintiff shall take nothing by her Complaint,
4 and that Defendant shall recover its costs.

6 DATED: March 26, 2015    _____

7    The Honorable John A. Kronstadt
   United States District Judge